CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
~ . . . .

NOV 0 1 2012

JULIA C. ~~~~EY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| RANDALL J. KEYSTONE, | ) | Civil Action No.: 7:12-cv-155 |
| | ) | |
| Plaintiff, | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | Hon. James C. Turk |
| GEORGE HINKLE, et al. | ) | Senior United States District Judge |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants' Motion to Dismiss. ECF No. 15. For good cause shown, it is hereby

### ADJUDGED AND ORDERED

that the Motion to Dismiss is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

The Clerk is directed to strike this case from the Court's active docket and to send certified copies of this Order and the accompanying Memorandum Opinion to counsel for Defendants and to the *pro se* Plaintiff.

ENTER: This 3/2t day of October, 2012.

Hon. James C. Turk
Senior United States District Judge